**DENIED and Opinion Filed June 28, 2024**



In The

## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-24-00662-CV

### IN RE JOHN DARJEAN, Relator

**Original Proceeding from the 160th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-16-07371**

## MEMORANDUM OPINION

Before Justices Reichek, Goldstein, and Kennedy
Opinion by Justice Reichek

Before the Court is relator's May 31, 2024 petition for writ of mandamus. Relator asks this Court to compel the trial court to vacate its May 15, 2024 Order Granting Defendant Shilo Sanders' Amended Motion for Contempt and/or Other Appropriate Relief for Protective Order Violations.

Entitlement to mandamus relief requires relator to show that the trial court clearly abused its discretion and that relator lacks an adequate appellate remedy. *In re Prudential Ins. Co. of Am.*, 148 S.W.3d 124, 135–36 (Tex. 2004) (orig. proceeding). If an order is void, however, a relator need not show it lacks an adequate appellate remedy. *In re Saving Grace #2, LLC*, No. 05-23-00745-CV, 2023 WL

6783511, at *3 (Tex. App.—Dallas Oct. 13, 2023, orig. proceeding) (mem. op.).

After reviewing relator's petition and the record before us, we conclude that relator

has failed to demonstrate entitlement to mandamus relief.

Accordingly, we deny relator's petition for writ of mandamus. TEX. R. APP.

P. 52.8(a).

/Amanda L. Reichek/

AMANDA L. REICHEK
JUSTICE

240662F.P05